`Filing # 138427984 E-Filed 11/12/2021 02:15:21 PM

## IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
## IN AND FOR PASCO COUNTY, FLORIDA
## SMALL CLAIMS DIVISION

**Karen Brostek,**

       *Plaintiff,*

v.

**TrueAccord Corp.,**

       *Defendant.*

Case Number:

**JURY TRIAL DEMANDED**

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, **Karen Brostek** ("**Ms. Brostek**"), by and through her attorneys, Seraph Legal, P.A., and complains of the Defendants, **TrueAccord Corp.** ("**TrueAccord**"), stating as follows:

## PRELIMINARY STATEMENT

1.    This is an action for damages which do not exceed $8,000.00, brought by Ms. Brostek against TrueAccord for violations of the *Fair Debt Collection Practices Act*, 15 U.S.C. §1692, *et seq.* ("**FDCPA**"), the *Florida Consumer Collection Practices Act*, Section 559.55, Florida Statutes *et seq.* ("**FCCPA**"), and Florida's *Civil Remedies for Criminal Practices Act*, Section 772.101, Florida Statutes, *et seq.* ("**CRCPA**").

## JURISDICTION AND VENUE

2.    Jurisdiction arises under the FDCPA, 15 U.S.C. § 1692k(d), the FCCPA, Section 559.77, Florida Statutes, the CRCPA, Section 772.104, Florida Statutes, and Section 34.01, Florida Statutes.

3.     TrueAccord is subject to the provisions of the FDCPA, the FCCPA, and the CRCPA, and to the jurisdiction of this Court pursuant to Section 48.193, Florida Statutes.

4.     Venue is proper in Pasco County, Florida, pursuant to Section 47.051, Florida Statutes, because the acts complained of were committed and / or caused by TrueAccord within Pasco County.

## PARTIES

### Ms. Brostek

5.     **Ms. Brostek** is a natural person residing in Hudson, Pasco County, Florida, and a *Consumer* as defined by the FDCPA and the FCCPA, 15 U.S.C. § 1692a(3) and Section 559.55(8), Florida Statutes, respectively.

### TrueAccord

6.     **TrueAccord** is a Delaware corporation with a primary business address of **16011 College Blvd., Suite 130, Lenexa, KS 66219.**

7.     TrueAccord is registered to conduct business in the State of Florida, where its Registered Agent is **Incorp Services, Inc., 17888 67th Ct. N., Loxahatchee, FL 33470.**

8.     TrueAccord is a *Debt Collector* within the meaning of the FDCPA and the FCCPA, 15 U.S.C. § 1692a(6) and Section 559.55(7), Florida Statutes, respectively, in that it uses postal mail or some other instrumentality of commerce, interstate and within the State of Florida, for its business, the principal purpose of which is the collection of debts, and/or it regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

9.     TrueAccord is registered with the Florida Office of Financial Regulation as a *Consumer Collection Agency* ("CCA"), holding license number **CCA9903295. SEE PLAINTIFF'S EXHIBIT A.**

10.     As a licensed CCA, TrueAccord knows or should know the requirements of both the FDCPA and the FCCPA.

## FACTUAL ALLEGATIONS

11.     On or around July 23, 2021, Ms. Brostek obtained a payday loan from Bright Lending (the **"Bright Lending Loan"** or the **"Debt"**), an online payday lender operating at www.brightlending.com.

12.     The loan carried an annual interest rate of 699.9981%. **SEE PLAINTIFF'S EXHIBIT B**.

13.     The principal amount of the Bright Lending Loan was $700.

14.     Ms. Brostek was required to make 10 monthly payments of $392.24, for a total repayment of **$3,921.57** for her **$700** short-term loan.

15.     Section 687.071(3), Florida Statutes, renders loans made with annual interest rates greater than 45% a third-degree felony.

16.     Section 687.071(7), Florida Statutes, indicates any such loan, and logically any debt stemming from such extension of credit, is void and unenforceable.

17.     Long-standing public policy in Florida confirms the impossibility of the alleged debt. *Richter Jewelry Co. v. Schweinert*, 169 So. 750, 758-59 (Fla. 1935) (criminally usurious loans are "void as against the public policy of the state as established by its Legislature.")

18.     Thus, any person who willfully makes such a loan, in addition to subjecting themselves to criminal sanctions, forfeits the right to collect payment for the loan. *Id.*

19.     Florida law further prohibits any recovery of the principal for such usurious loans. *Rollins v. Odom*, 519 So. 2d 652, 656 (Fla. Dist. Ct. App. 1988).

20. The purpose of the usury statutes is to protect the needy borrower by penalizing the unconscionable money lender. *Stubblefield v. Dunlap*, 148 Fla. 401, 4 So.2d 519 (1941); *see also Pushee v. Johnson*, 123 Fla. 305, 166 So. 847 (1936); *River Hills, Inc. v. Edwards*,190 So.2d 415 (Fla. 2d DCA 1966).

21. Within a matter of months, the $700 loan balance had escalated to $1,532.46, due to the unlawful interest rate applied.

22. The making, and collection, of the Bright Lending Loan constitutes a felony pursuant to Section 687.071(3), Florida Statutes.

23. The Debt arose from a transaction which was primarily for family, personal, and household purposes, specifically a payday loan for personal purposes and expenses, and meets the definitions of *Debt* under the FDCPA and the FCCPA, 15 U.S.C. § 1692a(5) and Section 559.55(6), Florida Statutes, respectively.

24. At all times relevant, Ms. Brostek has been a Florida resident.

25. Ms. Brostek took out the payday loan in Pasco County, Florida, and the proceeds from the loan were electronically transmitted to her bank account at a Pasco County bank, via an *Automated Clearing House* ("**ACH**") credit

26. Bright Lending was never licensed by the Florida Office of Financial Regulation as a payday lender, nor was it a federally chartered bank, nor did it hold any kind of regulatory license.

27. The Bright Lending Loan is thus void *ab initio* and unenforceable in Florida.

28. Any amount repaid on an illegal, usurious debt deemed *void ab initio* by state law constitutes unjust enrichment, even if less than the original amount of the loan. *See, e.g., Williams et al. vs. Big Picture Loans, LLC*, case 3:17-cv-461, E.D. Virginia, July 20, 2021.

29.     The Bright Lending Loan is also an *unlawful debt* as defined under the CRCPA, Section 772.102(2)(a)(3), Florida Statutes.

### Bright Lending's "Rent-A-Tribe" Scheme

30.     Bright Lending is an online payday lender offering loans to consumers at annual interest rates near or exceeding 700%.

31.     According to its website, www.brightlending.com, "Aaniiih Nakoda Finance, LLC DBA Bright Lending is an entity formed under the laws of the Fort Belknap Indian Community of the Fort Belknap Reservation of Montana (the **"Fort Belknap Tribe"**), a federally-recognized and sovereign American Indian Tribe. Bright Lending is wholly-owned by the Tribe. Bright Lending is a licensed lender authorized by the Tribe's Tribal Regulatory Authority." **SEE PLAINTIFF'S EXHIBIT C.**

32.     However, such statements are a farce; the Fort Belknap Tribe has no substantive involvement in the operation of Bright Lending, as the enterprise was, at all times relevant to this lawsuit, actually beneficially owned and operated by Total Management, Inc. (**"Total Management"**), a non-tribal lender based in Arkansas and Texas.

33.     Total Management is owned and operated by Ben Gatzke (**"Gatzke"**) and Jeff Forsey (**"Forsey"**), their employees, their contractors, and their investors, which includes BorrowWorks LLC.

34.     Such arrangements are referred to as "rent-a-tribe" schemes because the main function of the Native American tribe is to appear, on paper at least, to control the lending operation so that the lender qualifies for sovereign immunity, theoretically restricting the enforcement of criminal and/or civil actions by state regulatory authorities.

35.     Sovereign immunity does not, however, turn an otherwise illegal loan into a legal one; at best, it potentially creates a defense to criminal or civil prosecution of the crime. *See, e.g., United States v. Neff*, No. 18-2282 (3d Cir. Sep. 6, 2019) (upholding criminal convictions of two individuals engaged in an online payday lending rent-a-tribe scheme; sovereign immunity does not transform illegal loans into legal ones, and "reasonable people would know that collecting unlawful debt is unlawful").

36.     While there have been some high-profile criminal prosecutions of non-tribal lenders engaging in "rent-a-tribe" schemes (perhaps most notoriously, Scott Tucker, who was sentenced in 2018 to 16 years for engaging in one of the largest documented "rent-a-tribe" schemes ever), those making mere millions instead of hundreds of millions often go unperturbed by law enforcement.

37.     Much like complex tax shelters, the deployment of these schemes is a calculated gamble: the risk of being caught is low, and the profit potential is high.

38.     Thus, these schemes continue to perpetuate, with the non-tribal puppet masters giving the tribal entity little actual authority while they control the way the loans are marketed, underwritten, collected, and serviced.

39.     In the case of Bright Lending, Gatzke and Forsey, through Total Management, pay the Fort Belknap Tribe a nominal amount – around two to three percent of revenues – to claim ownership of the online payday lending entity, making it *appear* as though Bright Lending is owned by an Indian tribe and operating on an Indian reservation.

40.     The purported owner of Bright Lending, the Fort Belknap Tribe, is a small, economically depressed, isolated tribe in rural Montana.

41.     Despite having few enrolled members, the Fort Belknap Tribe claims to operate more than a dozen online payday loan websites, each under a different tribal company's name which is "rented" to a different non-tribal beneficial owner.

42.     The Fort Belknap Tribe's customers include Total Management, Gatzke, and Forsey, as well as other non-tribal individuals including William C. "Cheney" Pruett, a Texas businessman who owns several dozen storefront payday lenders and who has a rent-a-tribe agreement with the Fort Belknap Tribe for his website, Riverbend Cash (www.riverbendcash.com).

43.     Gatzke, Forsey, and Total Management have a second "rent-a-tribe" lending operation that they operate in conjunction with the Fort Belknap Tribe, Green Trust Cash (www.greentrustcash.com), which also makes loans to consumers at interest rates near or exceeding 700% annually.

## Records Show Total Management Own Bright Lending

44.     Gatzke holds a Master of Business Administration degree from Baylor University. In the university's magazine from Winter 2017, Gatzke notes that he is the "CEO of Total Management Inc." He also identifies his employer as "Total Management Inc." and his position as "President" on disclosures to the *Federal Election Commission* ("FEC") regarding his contributions to the Online Lenders Alliance Political Action Committee. **SEE PLAINTIFF'S EXHIBITS D and E.**

45.     Domain Name Registration records from October 16, 2017, show that BrightLending.com was registered to **Ben Gatzke, Total Management, Inc., 1845 Shelby Ln., Fayetteville, AR 72704, domains@borrowworks.com.** Records from January 18, 2018, show the same data. **SEE PLAINTIFF'S EXHIBITS F and G.**

46.     Domain Name Registration records from September 13, 2015, show that greentrustcash.com was registered to Jeff Forsey, OPM Communications, 2106 Jenny Lind Rd., Fort Smith, AR 72901, phone: (479) 942-3908, email: jeff@M4us.com. **SEE PLAINTIFF'S EXHIBIT H.**

47.     The address of OPM Communications, 2106 Jenny Lind Rd., Fort Smith, AR, is the same address as the offices of Total Management and is the address listed on Gatzke's FEC disclosures. OPM Communications appears to have never been registered with any Secretary of State as a corporation, trade name, fictious name, etc.

48.     In urban parlance, "OPM" means "other people's money." *See* https://www.urbandictionary.com/define.php?term=OPM.

49.     Since 2011, Forsey has also been the Chief Compliance Officer of BorrowWorks.

50.     BorrowWorks helps lenders "work smarter and more successfully in the highly regulated non-prime market" and "applies 'decision science,' bringing together technology, data sources and innovative thinking to create highly measured guidance that helps lenders to qualify borrowers for personal credit." *BorrowWorks offers lenders a high-tech hand*, Fort Worth Chamber, February 23, 2018, https://www.fortworthchamber.com/chamberupdate/borrowworks-offers-lenders-a-high-tech-hand/.

51.     Gatzke is the CEO of BorrowWorks, which he founded in 2011.

52.     The Fort Belknap Tribe retains roughly 2 cents on the dollar of revenue generated by Bright Lending. Thus, Total Management, Gatzke, and Forsey, and not the Fort Belknap Tribe, are the true lenders of Ms. Brostek's loan, because they have the predominant economic interest in loans made to consumers like Ms. Brostek. *See Fulford v. Marlette Funding, LLC*, No. 17CV30376 and *Fulford v. Avant of Colorado, LLC*, No. 17CV30377 (Colo. Dist. Ct. Denver

County Aug. 13, 2018); see also, e.g., *State Bank v. Strong*, 651 F.3d 1241 (11th Cir. 2011); Easter v. Am. W. Fin., 381 F.3d 948, 957 (9th Cir. 2004); *CFPB v. CashCall, Inc.,* No. CV 15-7522-JFW (RAOx), 2016 WL 4820635 (C.D. Cal. Aug. 31, 2016); *Penn v. Think Fin., Inc.*, No. 14-cv-7139, 2016 WL 183289 (E.D. Pa. Jan. 14, 2016); *Goleta Nat'l Bank v. Lingerfelt*, 211 F. Supp. 2d 711 (E.D. N.C. 2002); *CashCall, Inc. v. Morrisey*, No. 12-1274, 2014 WL 2404300 (W. Va. May 30, 2014) (memorandum decision); *Ubaldi v. SLM Corp.*, 852 F. Supp. 2d 1190 (N.D. Cal. 2012); and *Eul v. Transworld Sys.*, No. 15 C 7755, 2017 WL 1178537 (N.D. Ill. Mar. 30, 2017).

53.      Further, the online payday loans issued by Bright Lending do not actually occur on an Indian reservation, regardless of whether certain administrative aspects are addressed on the Fort Belknap Tribe's land.

54.      A significant majority of the transaction occurs within the State of Florida – from completing the application to receiving the funds.

55.      Ms. Brostek, like most customers of Bright Lending, acquired her loan without leaving her home. The loan proceeds were deposited into her bank account in Florida, and attempted withdrawals were made from the same account.

56.      Recently, federal appellate courts have held that where a consumer is located when he or she submits an application via an online portal with a Native American tribe determines where the transaction takes place for jurisdictional purposes. *California v. Iipay Nation of Santa Ysabel*, 898 F.3d 960, 968 (9th Cir. 2018) ("However, the patrons' act of placing a bet or wager on a game of DRB while located in California constitutes gaming activity that is not located on Indian lands, violates the UIGEA, and is not protected by IGRA.")

57.      Ms. Brostek has never set foot on Fort Belknap tribal land in Montana.

58.     Thus, as the loan was requested and obtained in Florida, the proceeds of the loan were transferred to a Florida bank, and collection emails and phone calls were made to Ms. Brostek at her home in Florida, for all reasonable intents and purposes, the loan occurred in Florida and is governed by the laws of the State of Florida

### TrueAccord's Collection Efforts

59.     Around October 19, 2021, Bright Lending placed, transferred, or otherwise forwarded the Debt to TrueAccord for collection.

60.     Within 24 hours, TrueAccord began emailing Ms. Brostek, attempting to collect the Debt. **SEE PLAINTIFF'S EXHIBIT I.**

61.     At this time, TrueAccord alleged that $1,532.16 was owed by Ms. Brostek.

62.     One such collection email from TrueAccord was received by Ms. Brostek on October 20, 2021. *Id.*

63.     The email stated, "This email is about your $1,532.16 balance." *Id.*

64.     TrueAccord's email conveyed the balance owed, stated it was an attempt to collect a debt, and provided a link to TrueAccord's website, which contained repayment options. **SEE PLAINTIFF'S EXHIBIT J.**

65.     TrueAccord's email was therefore in connection with the collection of the Debt.

66.     The email also stated that unless Ms. Brostek disputed the debt within 30 days of receipt of the email, TrueAccord would consider the debt valid.

67.     However, at no point could TrueAccord consider the debt "valid" since it was void *ab initio* and not *ever* valid.

68.     Further, Ms. Brostek had already disputed the Debt and retained counsel concerning the Debt; her legal counsel had already informed legal counsel for Total Management, Gatzke, and

Forsey that Ms. Brostek was represented concerning the Debt prior to the Debt being placed with TrueAccord for collection.

69.     TrueAccord emailed Ms. Brostek again on October 27, 2021, again attempting to collect the Debt from her. **SEE PLAINTIFF'S EXHIBIT K.**

70.     While the emails varied slightly in theme and message, none of them disclosed that the Debt was not legally enforceable against her and that she did not owe any such debt pursuant to Florida law.

71.     An email from a debt collector is a *Communication* pursuant to the FDCPA. *See Hart v. Credit Control, LLC*, 871 F. 3d 1255, 1257-58 (11th Cir. 2017).

72.     At no point in any of its emails, nor anywhere on TrueAccord's website, did TrueAccord disclose that Florida law prevents the purported Debt from being enforced against Ms. Brostek, as the underlying loan was void.

73.     As aforementioned, TrueAccord failed to disclose the alleged Debt was not owed under Florida law in each communication to Ms. Brostek.

74.     TrueAccord collects debts for numerous online payday lenders and has been sued multiple times for its involvement in the collection of illegal payday loans, many of which were made under virtually identical circumstances as the Bright Lending Loan made to Ms. Brostek.

75.     TrueAccord continues to accept the assignment of new debts for collection from online payday lenders, despite knowing of their illegal provenance.

76.     TrueAccord's website and emails to Ms. Brostek were *Communications* as defined by 15 U.S.C. § 1692a(2) and Section 559.55(2), Florida Statutes.

77.     Ms. Brostek has hired the aforementioned law firm to represent her in this matter and has assigned her right to fees and costs to such firm.

## COUNT I
## VIOLATIONS OF THE FDCPA – 15 U.S.C. § 1692e(2)(a)

78.     Ms. Brostek adopts and incorporates paragraphs 1 – 77 as if fully restated herein.

79.     TrueAccord violated **15 U.S.C. § 1692e(2)(a)** when it made false representations regarding the character or legal status of the Debt by falsely representing that the Debt was enforceable, with a $1,532.16 balance, despite it being unenforceable as usurious pursuant to Section 687.071(3), Florida Statutes. Additionally, TrueAccord claimed Ms. Brostek had to "re-dispute" a debt which had already been disputed, or else TrueAccord would consider the Debt to be "valid."

80.     TrueAccord's actions were willful and intentional and representative of its normal business practices.

81.     TrueAccord's actions render it liable for the above-stated violations of the FDCPA, and Ms. Brostek is therefore entitled to statutory damages up to $1,000.00 as well as other relief.

**WHEREFORE,** Ms. Brostek respectfully requests this Honorable Court enter judgment against TrueAccord, and for her, as follows:

a.      Statutory damages of **$1,000.00**, pursuant to 15 U.S.C. § 1692k(a)(2)(A);

b.      Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

c.      Reasonable costs and attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3); and,

d.      Such other relief that this Court deems just and proper.

## COUNT II
## VIOLATIONS OF THE FDCPA – 15 U.S.C. § 1692e(10)

82.     Ms. Brostek adopts and incorporates paragraphs 1 – 77 as if fully restated herein.

83.     TrueAccord violated **15 U.S.C. § 1692e(10)** when it used false, deceptive, and misleading representations in connection with the collection of a debt by falsely representing that

the Debt was legally enforceable when it was usurious and unenforceable pursuant to Section 687.071(3), Florida Statutes. Additionally, TrueAccord claimed Ms. Brostek had to "re-dispute" a debt which had already been disputed, or else TrueAccord would consider the Debt to be "valid."

84.     TrueAccord's actions were willful and intentional and representative of its normal business practices.

85.     TrueAccord's actions render it liable for the above-stated violations of the FDCPA, and Ms. Brostek is therefore entitled to statutory damages up to $1,000.00 as well as other relief.

**WHEREFORE,** Ms. Brostek respectfully requests this Honorable Court enter judgment against TrueAccord, and for her, as follows:

a.     Statutory damages of **$1,000.00,** pursuant to 15 U.S.C. § 1692k(a)(2)(A);

b.     Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

c.     Reasonable costs and attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3); and,

d.     Such other relief that this Court deems just and proper.

## COUNT III
## VIOLATIONS OF THE FDCPA – 15 U.S.C. § 1692f(1)

86.     Ms. Brostek adopts and incorporates paragraphs 1 – 77 as if fully restated herein

87.     TrueAccord violated **15 U.S.C. § 1692f(1)** when it attempted to collect an amount which included an illegally applied interest rate of almost 700% per annum, when such fees are felonious under Florida statute. *See* Section 687.071(3), Florida Statutes.

88.     TrueAccord's actions were willful and intentional and representative of its normal business practices.

89.     TrueAccord's actions render it liable for the above-stated violations of the FDCPA, and Ms. Brostek is therefore entitled to statutory damages up to $1,000.00 as well as other relief.

**WHEREFORE,** Ms. Brostek respectfully requests this Honorable Court enter judgment against TrueAccord, and for her, as follows:

 a.  Statutory damages of **$1,000.00,** pursuant to 15 U.S.C. § 1692k(a)(2)(A);

 b.  Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

 c.  Reasonable costs and attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3); and,

 d.  Such other relief that this Court deems just and proper.

**COUNT IV**
**VIOLATIONS OF THE FCCPA – Section 559.72(9), Florida Statues**

90.  Ms. Brostek adopts and incorporates paragraphs 1 – 77 as if fully restated herein.

91.  TrueAccord violated **Section 559.72(9), Florida Statutes,** when it attempted to enforce a debt against Ms. Brostek which it knew was illegitimate and unenforceable due to the application of an annual interest rate of almost 700 percent.

92.  TrueAccord violated **Section 559.72(9), Florida Statutes,** when it asserted the existence of a legal right which does not exist, to wit, the collection of the Debt from Ms. Brostek, and the collection of interest on a loan made at almost 700 percent annually – despite the Debt being rendered null and void pursuant to Section 687.071(7), Florida Statutes.

93.  TrueAccord's actions were willful, intentional, and done for the express purpose of collecting an unenforceable debt from Ms. Brostek.

94.  TrueAccord knew of the illegal nature of the Debt for many reasons, including multiple prior lawsuits filed against it for substantially similar collection attempts.

95.  By its conduct, TrueAccord is liable for the above-stated violations of the FCCPA.

**WHEREFORE,** Ms. Brostek respectfully requests this Honorable Court enter judgment against TrueAccord, and for her, as follows:

a.      Statutory damages of **$1,000.00** pursuant to Section 559.77(2), Florida Statutes;

b.      Actual damages pursuant to Section 559.77(2), Florida Statutes;

c.      Injunctive relief preventing TrueAccord from attempting to collect the alleged debt from Ms. Brostek pursuant to Section 559.77(2), Florida Statutes;

d.      Reasonable costs and attorneys' fees pursuant to Section 559.77(2), Florida Statutes; and,

e.      Such other relief that this Court deems just and proper.

**COUNT V**
**VIOLATIONS OF THE CRCPA – Section 772.103(4), Florida Statutes**

96.      Ms. Brostek adopts and incorporates paragraphs 1 – 77 as if fully restated herein.

97.      TrueAccord violated **Section 772.103(4), Florida Statutes,** when it conspired with Total Management, BorrowWorks LLC, Gatzke, Forsey, and other persons, natural and otherwise, to collect an unlawful debt, the Bright Lending Loan, and to use any funds collected in furtherance of TrueAccord's ongoing enterprises.

98.      TrueAccord took action in furtherance of this conspiracy, including sending collection emails to Ms. Brostek in order to coerce her to pay the unlawful debt.

99.      TrueAccord frequently collects debts for lenders substantially similar to Bright Lending, including Sky Trail Cash, Sky Cash USA, Golden Valley Lending, Minto Money, and others. None of these entities are licensed to lend in Florida, and they all assess unlawful interest rates of more than 600% annually.

100.      The intent of TrueAccord is clear in that it knowingly engaged in a pattern whereby it collected, and continues to collect, unlawful debt for a multitude of online loan sharks who make

loans to consumers well in excess of 45% interest per annum, in violation of Section 687.071(3), Florida Statutes, all while claiming such loans are lawful and legitimate, when it knows this not to be true.

101.    TrueAccord's actions were willful, intentional, and done for the express purpose of collecting an unenforceable debt from Ms. Brostek.

102.    TrueAccord knew or should have known of the illegal nature of the Debt for many reasons, including multiple prior lawsuits filed against it for substantially similar collection attempts.

103.    By its conduct, TrueAccord is liable for the above-stated violations of the CRCPA.

**WHEREFORE,** Ms. Brostek respectfully requests this Honorable Court enter judgment against TrueAccord, and for her, as follows:

a.      Threefold the amount of actual damages, or, in the alternate, the statutory minimum of $200, whichever is greater, pursuant to Section 772.104(1), Florida Statutes;

b.      Reasonable costs and attorneys' fees pursuant to Section 772.104(1), Florida Statutes;

c.      An injunction of Estoppel against TrueAccord from engaging in any further action in violation of Florida law, pursuant to Section 772.14, Florida Statutes; and,

d.      Any other relief this Court deems equitable and proper under the circumstances.

**JURY TRIAL DEMANDED**

Ms. Brostek hereby demands a jury trial on all issues so triable.

Respectfully submitted on **November 12, 2021,** by:

**SERAPH LEGAL, P. A.**

*/s/ Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar No.: 1015954
BMorgan@SeraphLegal.com

*/s/ Thomas M. Bonan*
Thomas M. Bonan, Esq.
Florida Bar No.: 118103
TBonan@SeraphLegal.com

1614 N. 19th St.
Tampa, FL 33605
Tel: 813-567-1230
Fax: 855-500-0705
*Counsel for Plaintiff*

**ATTACHED EXHIBIT LIST**

| | |
|---|---|
| A | TrueAccord's Florida CCA License |
| B | Bright Lending Loan Agreement with Plaintiff |
| C | Bright Lending's Consumer Disclosures, Website Excerpt |
| D | Baylor University Magazine, Winter 2017 – Class Notes Excerpt |
| E | Federal Election Commission Contribution Information by Ben Gatzke, Excerpt |
| F | Bright Lending Domain Name Registration Records - October 16, 2017 |
| G | Bright Lending Domain Name Registration Records - January 18, 2018 |
| H | Green Trust Cash Domain Name Registration Records - September 13, 2015 |
| I | TrueAccord's Email to Plaintiff – October 20, 2021 – Excerpt |
| J | TrueAccord Website – Payment Options |
| K | TrueAccord's Email to Plaintiff – October 27, 2021 – Excerpt |

# EXHIBIT A
## TrueAccord's Florida CCA License



### Florida Office of Financial Regulation

Logout

**License Details**

Press "Previous Record" to display the previous license.

Press "Next Record" to display the next license.

Press "Search Results" to return to the Search Results list

Press "New Search Criteria" to do another search of this type.

Press "New Search" to start a new search.

| License Number: CCA9903395 | | Current Date: 11/13/2021 01:47 PM |
|---|---|---|
| Name: | TRUEACCORD CORP. | |
| License Type: | Consumer Collection Agency | |
| License Status: | Current Active Registration | |
| License Status Effective Date: | 11/16/2020 | |
| Expiration Date: | 12/31/2021 | |
| Original Date of Licensure: | 01/14/2014 | |

**Addresses**

| Business Main Address | Address | 18911 COLLEGE BLVD<br>SUITE 130<br>LENEXA , KS<br>JOHNSON<br>66219<br>US<br>View on a map |
|---|---|---|
| | Phone Number: | (415) 275-1638 |
| Mailing Address | Address | 18011 COLLEGE BLVD<br>SUITE 130<br>LENEXA , KS<br>JOHNSON<br>66219<br>US<br>View on a map |

Next Record    Search Results    New Search Criteria    New Search    Print

© 2018. MicroPact Version:2.11.6.65 (flofr 251)

# EXHIBIT B
## Bright Lending Loan Agreement with Plaintiff

### You're approved for $700.00.

**Your Payment Schedule**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| Monthly | 10 payments of $ 392.24 | On the 18th day of each month beginning 8/18/2021 |

If signed before the daily funding cut-off time, you will receive your funds on 07/23/2021.

---

Loan Number: [redacted]                                                                 Date: 07/23/2021

**LOAN AGREEMENT**
**And Disclosure Statement**
**(Automatic Payments)**

This is our Agreement with you evidencing the terms of your Installment Loan. It contains important terms and conditions. You should read it carefully before you electronically sign it.

In this Agreement the words "you" and "your" mean the Borrower. The words "we", "us", and "our" refer to Bright Lending. We are a sovereign enterprise that is an economic development arm of, and wholly-owned and controlled by the Fort Belknap Indian Community (the "Tribe"), a federally-recognized sovereign American Indian Tribe. This means that your loan is provided by a sovereign government and the proceeds of our business fund governmental services for citizens of the Tribe. Disclosures in this Agreement are also terms of it.

**BORROWER:** KAREN BROSTEK
**ADDRESS:** [redacted]

**PHONE:** [redacted]
**EMAIL:** [redacted]

**CREDITOR:** Bright Lending
**ADDRESS:** P.O. Box 578
Ft. Belknap Agency
Hays, MT 59527
**PHONE:** (866) 441-7674
**EMAIL:** customerservice@brightlending.com

**TRUTH IN LENDING DISCLOSURE STATEMENT**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 699.9981% | $3,221.57 | $700.00 | $3,921.57 |

# EXHIBIT C
## Bright Lending's Consumer Disclosures, Website Excerpt

**WHY BRIGHT LENDING**

We help our customers meet life's demands through direct online lending. With our VIP program, funded customers with good payment history can enjoy discounted rates on subsequent loans.

Aaniiih Nakoda Finance, LLC DBA Bright Lending is an entity formed under the laws of the Fort Belknap Indian Community of the Fort Belknap Reservation of Montana (the "Tribe"), a federally-recognized and sovereign American Indian Tribe. Bright Lending is wholly-owned by the Tribe. Bright Lending is a licensed lender authorized by the Tribe's Tribal Regulatory Authority.

*Completing this application is the first step, but in no way guarantees that you'll receive a loan offer or be approved for the new customer maximum loan amount of $1,000, or the VIP Loan Program maximum loan amount of $2,000. The service is not available in all states and the states serviced by this Website may change from time to time without notice.

*Bright Lending reviews your information in real-time to determine whether you meet our lending criteria. You acknowledge that by submitting and completing the loan application that you are applying for a loan. We verify loan applicant information through alternative credit reporting agencies, such as but not limited to, Clarity and Microbilt. We may obtain your credit information in order to determine your eligibility and ability to repay.

*Bright Lending does not lend to residents of Arkansas, Connecticut, Massachusetts, Montana, New York, Pennsylvania, Puerto Rico, Vermont, Virginia, West Virginia, American Samoa, Armed Forces Americas, Armed Forces Europe/Canada/Middle East/Africa, Armed Forces Pacific, Canal Zone, Commonwealth of the Northern Mariana Islands, Guam, Marshall Islands, Minor Outlying Islands, States of Micronesia, Northern Mariana Islands, Outside US, Palau, Philippine Islands, Trust Territory of the Pacific Islands, Virgin Islands. Availability of installment loans may be subject to change at any time at the sole discretion of Bright Lending.

This is an expensive form of borrowing, and it is not intended to be a long-term financial solution.

# EXHIBIT D
## Baylor University Magazine, Winter 2017 – Class Notes Excerpt

 Baylor University | **Baylor Magazine ▪ Winter 2017**

Ben Gatzke, BM '98, MBA '00, MSIS '00, of Fort Worth was appointed to the Department of Information Resources Board by Governor Greg Abbott. His term runs until February 2021. Gatzke is CEO of Total Management Inc. He is a member of the Jewel Charity and serves on the advisory board for the School of Music.

# EXHIBIT E
## Federal Election Commission Contribution Information by Ben Gatzke, Excerpt

| SCHEDULE A  (FEC Form 3X) ITEMIZED RECEIPTS | Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: PAGE  9  OF  15 (check only one) ☒11a ☐11b ☐11c ☐12 ☐13 ☐14 ☐15 ☐16 ☐17 |
|---|---|---|

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
> Online Lenders Alliance Political Action Committee (OLA PAC)

c.   Full Name (Last, First, Middle Initial)
**Ben Gatzke**

Mailing Address  2106 Jenny Lind Rd

| City Fort Smith | State AR | Zip Code 72901 |
|---|---|---|

FEC ID number of contributing federal political committee.   C

Name of Employer
Total Management Inc.

Occupation
President

Receipt For:
☐ Primary    ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
500.00

Date of Receipt
12 / 21 / 2015

Transaction ID : SA11AL5942

Amount of Each Receipt this Period
500.00

Receipt

# EXHIBIT F

## Bright Lending Domain Name Registration Records – October 16, 2017

4/2/2020                                                      Brightlending.com - Whois History - DomainTools

| | |
|---|---|
| 2018-04-16 | ⊘ more \| screenshot |
| 2018-01-18 | more \| screenshot |
| 2018-01-16 | more \| screenshot |
| **2017** | **4 total** |
| › 2017-10-16 | more \| screenshot |
| 2017-06-15 | more \| screenshot |
| 2017-04-09 | more \| screenshot |
| **2016** | **4 total** |
| 2016-12-03 | ⊘ more \| screenshot |
| 2016-06-27 | ⊘ more \| screenshot |
| 2016-06-15 | ⊘ more \| screenshot |
| 2016-02-24 | ⊘ more \| screenshot |
| **2015** | **4 total** |
| 2015-11-09 | ⊘ more \| screenshot |
| 2015-08-01 | ⊘ more \| screenshot |
| 2015-05-02 | ⊘ more \| screenshot |
| 2015-02-07 | ⊘ more \| screenshot |
| **2014** | **4 total** |

*scroll for more records*

---

### Whois Record for 2017-10-16

‹ Previous (2017-06-15)                                        Next (2018-01-16) ›

**Domain:**

brightlending.com

| | |
|---|---|
| Record Date: | 2017-10-16 |
| Registrar: | eNom, Inc. |
| Server: | whois.enom.com |
| Created: | 2014-06-17 |
| Updated: | 2017-07-13 |
| Expires: | 2018-06-17 |

**Reverse Whois:**

https://research.domaintools.com/research/whois-history/search/?q=brightlending.com                               2/4

# EXHIBIT F
## Bright Lending Domain Name Registration Records – October 16, 2017

```
Domain Name: BRIGHTLENDING.COM
Registry Domain ID: 1863158438_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2017-05-29T21:40:13.00Z
Creation Date: 2014-06-17T21:38:00.00Z
Registrar Registration Expiration Date: 2018-06-17T21:38:00.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: BEN GATZKE
Registrant Organization: TOTAL MANAGEMENT, INC.
Registrant Street: 1845 SHELBY LN
Registrant City: FAYETTEVILLE
Registrant State/Province: AR
Registrant Postal Code: 72704
Registrant Country: US
Registrant Phone: +1.8176758404
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: DOMAINS@BORROWWORKS.COM
Registry Admin ID:
Admin Name: BEN GATZKE
Admin Organization: TOTAL MANAGEMENT, INC.
Admin Street: 1845 SHELBY LN
Admin City: FAYETTEVILLE
Admin State/Province: AR
Admin Postal Code: 72704
Admin Country: US
Admin Phone: +1.8176758404
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: DOMAINS@BORROWWORKS.COM
Registry Tech ID:
Tech Name: BEN GATZKE
Tech Organization: TOTAL MANAGEMENT, INC.
Tech Street: 1845 SHELBY LN
Tech City: FAYETTEVILLE
Tech State/Province: S
Tech Postal Code: 72704
Tech Country: US
Tech Phone: +1.8176758404
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: DOMAINS@BORROWWORKS.COM
Name Server: CRUZ.NS.CLOUDFLARE.COM
Name Server: TODD.NS.CLOUDFLARE.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

# EXHIBIT G
## Bright Lending Domain Name Registration Records – January 18, 2018

4/2/2020                                        Brightlending.com - Whois History - DomainTools

| | | |
|---|---|---|
| <u>2017-04-09</u> | *more | screenshot* | |
| **2016** | | **4 total** |
| <u>2016-12-03</u> | *more | screenshot* | |
| <u>2016-06-27</u> | *more | screenshot* | |
| <u>2016-06-15</u> | *more | screenshot* | |
| <u>2016-02-24</u> | *more | screenshot* | |
| **2015** | | **4 total** |
| <u>2015-11-09</u> | *more | screenshot* | |
| <u>2015-08-01</u> | *more | screenshot* | |
| <u>2015-05-02</u> | *more | screenshot* | |
| <u>2015-02-07</u> | *more | screenshot* | |
| **2014** | | **4 total** |
| <u>2014-11-23</u> | *more | screenshot* | |
| <u>2014-09-09</u> | *more | screenshot* | |
| <u>2014-06-19</u> | *more | screenshot* | |
| <u>2014-06-17</u> | *more | screenshot* | |
| **2011** | | **5 total** |
| <u>2011-05-31</u> | *more | screenshot* | |

*scroll for more records*

---

### Whois Record for 2018-01-18

« <u>Previous (2018-01-16)</u>                                        <u>Next (2018-04-16)</u> »

**Domain:**

brightlending.com

| | |
|---|---|
| **Record Date:** | 2018-01-18 |
| **Registrar:** | NameCheap Inc. |
| **Server:** | whois.namecheap.com |
| **Created:** | 2014-06-17 |
| **Updated:** | 2018-01-09 |
| **Expires:** | 2018-06-17 |

**Reverse Whois:**

https://research.domaintools.com/research/whois-history/search/?q=brightlending.com                                        2/4

# EXHIBIT G
# Bright Lending Domain Name Registration Records – January 18, 2018

```
Domain name: brightlending.com
Registry Domain ID: 1863250430_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-01-09T12:19:08.00Z
Creation Date: 2014-06-17T21:38:38.00Z
Registrar Registration Expiration Date: 2018-06-17T21:38:38.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID:
Registrant Name: Ben Gatzke
Registrant Organization: Total Management, Inc.
Registrant Street: 1845 Shelby Ln
Registrant City: Fayetteville
Registrant State/Province: AR
Registrant Postal Code: 72704
Registrant Country: US
Registrant Phone: +1.8176758404
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: domains@borrowworks.com
Registry Admin ID:
Admin Name: Ben Gatzke
Admin Organization: Total Management, Inc.
Admin Street: 1845 Shelby Ln
Admin City: Fayetteville
Admin State/Province: AR
Admin Postal Code: 72704
Admin Country: US
Admin Phone: +1.8176758404
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: domains@borrowworks.com
Registry Tech ID:
Tech Name: Ben Gatzke
Tech Organization: Total Management, Inc.
Tech Street: 1845 Shelby Ln
Tech City: Fayetteville
Tech State/Province: 5
Tech Postal Code: 72704
Tech Country: US
Tech Phone: +1.8176758404
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: domains@borrowworks.com
Name Server: todd.ns.cloudflare.com
Name Server: cruz.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp
```

# EXHIBIT H
## Green Trust Cash Domain Name Registration Records - September 13, 2015

```
Domain Name: GREENTRUSTCASH.COM
Registry Domain ID: 1676735392_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-09-13T10:35:30Z
Creation Date: 2011-09-12T21:53:27Z
Registrar Registration Expiration Date: 2017-09-12T21:53:27Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: GREENTRUSTCASH.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
```

# EXHIBIT H
## Green Trust Cash Domain Name Registration Records - September 13, 2015

Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: GREENTRUSTCASH.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: GREENTRUSTCASH.COM@domainsbyproxy.com
Name Server: DNS1.STABLETRANSIT.COM
Name Server: DNS2.STABLETRANSIT.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

# EXHIBIT I
## TrueAccord's Email to Plaintiff – October 20, 2021 - Excerpt

## EXHIBIT J
## TrueAccord Website – Payment Options

## Welcome Back
Let's conquer your debt.



ACCOUNT INFORMATION

Status                          Open

Original Account Number          ending in undefined

Creditor                         Bright Lending

More information  >

## Payment Options



# EXHIBIT K

## TrueAccord's Email to Plaintiff – October 27, 2021 – Excerpt

Karen Brostek, your balance of ~~illegible~~ is past due. If you can't pay in full, we can still help you solve this.

This account has been placed with TrueAccord for collection. You have an outside balance of ~~illegible~~. We would like to help you no matter what your current financial situation is.

We have many flexible options. You can even pay ~~illegible~~ less than your full balance to resolve this account.

So take a look at your payment options or shoot us an email and talk to us about what's happening.

Here are the details:

| | |
|---|---|
| Saved credito | ~~illegible~~ |
| Current balance | ~~illegible~~ |
| Payment Offer | ~~illegible~~ |
| Total You Will Pay If You Accept This Offer | ~~illegible~~ |

We are not obligated to extend or renew this offer. Nothing in this offer changes your rights as described in our initial email.

**View payment options**

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Nothing in this email changes your rights as described in our initial communication.

**TrueAccord**

~~illegible~~