UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAREN BROSTEK,
    Plaintiff,
v.                              CASE NO.: 8:21-cv-02950-SDM-CPT

TRUEACCORD CORP.,
    Defendant.
_____/

## MEDIATOR'S NOTICE OF SETTLEMENT

James R. Betts, the undersigned mediator, advises this court that the parties' mediation conference on June 9, 2022, attended by Brandon D. Morgan, Esq. (Zoom video), Thomas M. Bonan, Esq. (Zoom video), Ms. Karen Brostek (Zoom video), John M. Marees, II, Esq. (Zoom video) and Kelly Knepper-Stephens, Esq. (Zoom video), resulted in a complete settlement.

### Certificate of Service

I hereby certify that on June 9, 2022, by using the CM/ECF system I electronically filed a copy of this notice with the Clerk of the District Court and served true copies of this notice upon the following:

| Brandon D. Morgan, Esq. | Thomas M. Bonan, Esq. | John M. Marees, II, Esq. |
|---|---|---|
| bmorgan@seraphlegal.com | tbonan@seraphlegal.com | jmarees@messerstrickler.com |

_____
James R. Betts, Esq.
FBN 327786
Mediation Cert. #10773R
710 S. Boulevard
Tampa, Florida 33606-2903
(813) 254-3302
JBETTS@TAMPABAY.RR.COM